JARROD GRANT BREWER
ASHLEY DEANN BREWER
166 BREWER TOWN ROAD
RICHTON, MS 39476

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ADVANCED RECOVERY
ATTN: BANKRUPTCY
219 KATHERINE DRIVE
FLOWOOD, MS 39232

ARMSTRONG & ASSOCIATES
208 ADAMS ST
MOBILE, AL 36603

BEST ANESTHESIA
7956 VAUGHN RD
MONTGOMERY, AL 36116

CELTIC BANK CORP
268 S STATE ST
STE 300
SALT LAKE CIT, UT 84111

CFNA
ATTN: BANKRUPTCY
PO BOX 81315
CLEVELAND, OH 44181

CITI CARD
PO BOX 790040
ST LOUIS, MO 36179

CITIBANK
PO BOX 790040
ST. LOUIS, MO 63179

COMPREHENSIVE RADIOLOG
PO BOX 3488
TUPELO, MS 38803

CREDENCE RESOURCE
ATTN: BANKRUPTCY
PO BOX 2300
SOUTHGATE, MI 48195

ENHANCED WELLNESS
5698 PLACE BLVD
HATTIESBURG, MS 39402

ENT SURGICAL CLINIC
203 S 12TH AVE
LAUREL, MS 39440

EXAC CARE
229 INTERSTATE DR
CROSSVILLE, TN 38555

FORREST HEALTH PHYSICI
P.O. BOX 1280
OAKS, PA 19456-1280

FOX COLLECTION CENTER
454 MOSS TRAIL
GOODLETTSVILL, TN 37072

FROST-ARNETT CO
P.O. BOX 1280
OAKS, PA 19456

HATTIESBURG MEDICAL
PO BOX 14099
BELFAST, ME 04915

HIGHLAND COMMUNITY HOS
130 HIGHWAY PKWY
PICAYUNE, MS 39466

HUBCARE PATHOLOGY
5052 W 4TH ST
HATTIESBURG, MS 39402

IC SYSTEMS, INC
ATTN: BANKRUPTCY
P.O. BOX 64378
ST. PAUL, MN 55164

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39534

LEAD BANK
1801 MAIN ST
KANSAS CITY, MO 64108

LEAF RIVER DENTAL
138 OAKLAND PKWY
LEESBURG, GA 31763

PERRY COUNTY HOSPITAL
PO BOX 1665
RICHTON, MS 39476

PROFESSIONAL ACCOUNT S
PO BOX 68
BRENTWOOD, TN 37024

PROFESSIONAL PATHOLOGY
5700 SOUTHWYCK BLVD
TOLEDO, OH 43614

VANDERBILT MORTGAGE
ATTN: BANKRUPTCY
PO BOX 9800
MARYVILLE, TN 37802

RH EMERGENCY MEDICINE
PO BOX 35128
CHARLOTTE, NC 28235

SOUTHEAST MS RURAL HEA
2603 OAK GROVE RD
STE B
HATTIESBURG, MS 39402

SOUTHERN EYE CENTER
1420 S 28TH AVE
HATTIESBURG, MS 39402

SOUTHERN FINANCIAL SYS
P.O. BOX 15203
HATTIESBURG, MS 39404

SUNBELT FEDERAL CU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

TRUEACCORD C
ATTN: BANKRUPTCY
16011 COLLEGE BLVD
STE 130
LENEXA, KS 66219

UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803