Certificate Number: 17082-MSS-DE-040908764

Bankruptcy Case Number: 26-50645



17082-MSS-DE-040908764

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 27, 2026, at 6:44 o'clock PM MST, JARROD G BREWER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  April 27, 2026               By:     /s/Orsolya K Lazar

                                    Name:   Orsolya K Lazar

                                    Title:  Executive Director