Certificate Number: 17082-MSS-DE-040908765

Bankruptcy Case Number: 26-50645



17082-MSS-DE-040908765

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 27, 2026, at 6:44 o'clock PM MST, ASHLEY D BREWER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  April 27, 2026                By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director