**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                        **BANKRUPTCY PROCEEDING**

**JARROD GRANT BREWER**
**ASHLEY DEANN BREWER**                       **CASE NO. 26-50645 KMS**

---

### OBJECTION TO CONFIRMATION AND MOTION FOR VALUATION

---

COMES NOW, Sunbelt Federal Credit Union ("Sunbelt"), by and through its attorney, and files this Objection to Confirmation in response to the Debtor's Chapter 13 Plan and Motion for Valuation (Docket No. 2), and in support thereof would show unto the Court the following:

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §154, and related code sections and rules.

2.

On April 20, 2026, Jarrod Grant Brewer and Ashley Deann Brewer ("Debtor") filed their petition under Chapter 13 of the United States Bankruptcy Code before the United States Bankruptcy Court for the Southern District of Mississippi. David Rawlings was appointed the Chapter 13 Trustee.

3.

The Debtor proposes by its plan to pay Sunbelt as follows:

Loan #200xxx - 2019 Ford F250 (VIN 5768)                    $36,124.00

However, the debt total and value is actually as follows:

| Loan | Description | Debt | Collateral Value |
|---|---|---|---|
| #200xxx | 2019 Ford F250 (VIN 5768) | $38,606.16 | $45,765.00 ($50,850 x 90%) |

A copy of the loan documents with estimated values are attached as composite Exhibit "1".

4.

The Debtor's plan as proposed fails to meet the requirements of 11 U.S.C. §1325 and §1329.

5.

Sunbelt objects to confirmation of the plan and to the Debtor's valuation. There should be no cramdown. Sunbelt should be paid as a secured debt in the amount of $38,606.16 with 8.5% interest.

WHEREFORE, Sunbelt Federal Credit Union requests the Court to find that its Objection to Confirmation and Motion for Valuation is well taken and should be sustained.

Respectfully submitted,

Sunbelt Federal Credit Union

BY:    s / Derek A. Henderson
DEREK A. HENDERSON
Attorney for Sunbelt Federal Credit Union

**Derek A. Henderson, MSB #2260**
**Anna Claire Henderson, MSB #106230**
**1765-A Lelia Drive, Suite 103**
**Jackson, MS 39216**
**(601) 948-3167**
**derek@derekhendersonlaw.com**
**annaclaire@derekhendersonlaw.com**

**CERTIFICATE OF SERVICE**

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States

Mail, postage prepaid, and/or via the ECF Notification Service, a true and correct copy of the above

and foregoing Objection to Confirmation and Motion for Valuation to the following:

Thomas Carl Rolllins, Jr.
trollins@therollinsfirm.com

David Rawlings
Chapter 13 Trustee
ecfnotices@rawlings13.net

Office of United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

This, the 6th day of May, 2026.

s / Derek A. Henderson
DEREK A. HENDERSON

**Derek A. Henderson, MSB #2260**
**Anna Claire Henderson, MSB #106230**
**1765-A Lelia Drive, Suite 103**
**Jackson, MS 39216**
**(601) 948-3167**
**derek@derekhendersonlaw.com**
**annaclaire@derekhendersonlaw.com**