

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:

**JARROD AND ASHLEY BREWER**                    **NO. 26-50645 KMS**

### ORDER

This matter having come on for consideration upon the Objection to Valuation filed on behalf of Keesler Federal Credit Union (DK#18), and the Court being advised that Keesler Federal Credit Union desires to withdraw its objection, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Objection to Valuation filed on behalf of Keesler Federal Credit Union (DK#18), be and the same hereby is withdrawn and dismissed, without prejudice.

**###END OF ORDER###**

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029