

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**                                    **BANKRUPTCY PROCEEDING**

**JARROD GRANT BREWER**
**ASHLEY DEANN BREWER**                       **CASE NO. 26-50645 KMS**

## ORDER TO WITHDRAW OBJECTION TO CONFIRMATION
## AND MOTION FOR VALUATION

THIS MATTER COMES before the Court upon Objection to Confirmation and Motion for Valuation filed by Sunbelt Federal Credit Union (Docket No. 20 and 22). The Debtor has filed an amended plan that resolves the Objection.  Sunbelt Federal Credit Union withdraws its Objection

THEREFORE, IT IS ORDERED that the Objection to Confirmation and Motion for Valuation filed by Sunbelt Federal Credit Union is withdrawn.

## END OF ORDER ##

Submitted by:


s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Attorney for Sunbelt Federal Credit Union
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com