UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:  JARROD GRANT BREWER and ASHLEY DEANN        Chapter 13
BREWER                                              Case No:26-50645 KMS

OBJECTION TO CONFIRMATION OF
INITIAL PLAN

Comes now David Rawlings, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought.  It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1.  11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code in that 1:  Mortgage arrears per POC filed have not been addressed; 2:  income is understated on I and 22c; 3:  statements for the Keesler FCU account identified as Extra Savings on petition have not been received; 4:  statements for the First Southern account identified as son's account have not been received, per Schedule J the son is a minor so that this account is likely in debtor's name and statements should be provided.

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, David Rawlings , Standing Chapter 13 Trustee prays:

1.  That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307, sustain the objection, or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.

2.  The Trustee hereby objects to any amended plan filed hereafter.

26-50645 KMS                OBJECTION TO CONFIRMATION OF                Page 2 of 2
                                      INITIAL PLAN

3.  That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated:  6/3/2026                                    /s/  Brian Wilson
                                                    _____
                                                    Brian Wilson, Attorney
                                                    for Chapter 13 Trustee
                                                    P.O. Box 566
                                                    Hattiesburg, MS  39403
                                                    (601) 582-5011

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded, a true and correct copy of the foregoing Objection, via the Court's ECF filing system, to: The U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi  39201; and Thomas C. Rollins, Jr, P O Box 13767, Jackson, MS 39236.

So certified on this  3rd of June, 2026.

                                                    /s/  Brian Wilson
                                                    _____
                                                    Brian Wilson