IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

JARROD AND ASHLEY BREWER                    NO. 26-50645 KMS

### MOTION TO SET ASIDE ORDER ENTERED MAY 28, 2026 (DK#30)

COMES now Keesler Federal Credit Union ("KFCU"), by and through its counsel of record, Byrd & Wiser, and files this its Motion to Set Aside this Court's Order of May 28, 2026, terminating the automatic stay as to Keesler Federal Credit Union, (DK#30), and in support of same would show unto the Court the following, to-wit:

I

The Movant seeks to set aside this Court's Order entered May 28, 2026 (DK#30), terminating the automatic stay as to KFCU.

II

That KFCU would show unto the Court that the Debtors filed an Amended Plan on May 21, 2026 (DK#21) to pay Keesler its net balance as a 910 Claim.

WHEREFORE, premises considered, KFCU would pray that this Court enter its Order setting aside this Court's Order entered May 28, 2026 (DK#30), and KFCU prays for such other and further relief as is just and proper in the premises.

Respectfully submitted,

KEESLER FEDERAL CREDIT UNION

BY: BYRD & WISER

BY: _____
ROBERT ALAN BYRD, MSB#7651
EMAIL: rab@byrdwiser.com

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

## CERTIFICATE

I, ROBERT ALAN BYRD, Attorney for Keesler Federal Credit Union, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Motion to Set Aside Order Entered May 28, 2026 to the following:

Thomas C. Rollins, Jr., Attorney for Debtors,  at **trollins@therollinsfirm.com**

David Rawlings, Trustee, at **ecfnotices@rawlings13.net**

This the 15 day of June, 2026.

_____
ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029