# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50645          **Case Name:**   Jarrod Grant Brewer and Ashley Deann Brewer

**Set:**  06/16/2026 01:30 pm   **Chapter:**  13   **Type:**  bk     **Judge**  Katharine M. Samson

**matter**  Confirmation Hearing

Objection to Valuation filed by Keesler Federal Credit Union (Dkt. #18) - ORDER ENTERED 5/28/26

Objection to Confirmation and Motion for Valuation filed by Sunbelt Federal Credit Union (Dkt. #22) - ORDER ENTERED 6/1/26

Objection to Confirmation filed by the Trustee (Dkt. #35)

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) ([35] Objection to confirmation by Trustee) Appearance: Brian Christopher Wilson. Agreed order will be submitted by Wilson. Order due by 06/30/2026. (cwe)