_____

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  JARROD BREWER and ASHLEY BREWER,
          DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-50645-KMS

DAVID RAWLINGS, TRUSTEE

**AGREED ORDER ON TRUSTEE'S OBJECTION TO CONFIRMATION (DOCKET #35)**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection To Confirmation (Docket #35). The parties have agreed due to the Best Interest in this case that the unsecured creditors with timely filed Proofs of Claim shall be paid at least $7,000.00.

Debtors have further agreed to provide their 2026 Tax Return and each subsequent year's tax return for the pendency of this case to the trustee on or before April 15 of every year.  The annual tax returns shall be submitted to the trustee using normal procedures for uploading tax returns.  In the event the annual tax return provided shows an increase of more than 7% from the previous year, the trustee may file a Motion To Increase Payments based on increased income.

−1−

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to pay at least $7,000.00 to unsecured creditors with timely filed Proofs Of Claim, and Debtors shall provide their annual tax return for each year during the pendency of this case, and the trustee may file a Motion To Increase Payments should the annual income increase more than 7% from the previous year.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr.
Attorney For the Debtor(s)

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net