United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                           Case No. 26-50645-KMS

Jarrod Grant Brewer                                                                      Chapter 13

Ashley Deann Brewer

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                      Page 1 of 2

Date Rcvd: Jun 26, 2026                  Form ID: pdf012                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb              + Jarrod Grant Brewer, Ashley Deann Brewer, 166 Brewer Town Road, Richton, MS 39476-9732

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026                          Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

**Name                    Email Address**

Brian Christopher Wilson

                on behalf of Trustee David Rawlings bwilson@rawlings13.net

David Rawlings

                ecfnotices@rawlings13.net  sduncan@rawlings13.net

Derek A Henderson

                on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com

Robert Alan Byrd

                on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr

                on behalf of Debtor Jarrod Grant Brewer trollins@therollinsfirm.com
                jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

District/off: 0538-6                    User: mssbad                              Page 2 of 2
Date Rcvd: Jun 26, 2026                 Form ID: pdf012                          Total Noticed: 1

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Ashley Deann Brewer trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

_____

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  JARROD BREWER and ASHLEY BREWER,
        DEBTOR(S)

                               CHAPTER 13 BANKRUPTCY
                               CASE NO. 26-50645-KMS

DAVID RAWLINGS, TRUSTEE

**AGREED ORDER ON TRUSTEE'S OBJECTION TO CONFIRMATION (DOCKET #35)**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection To Confirmation (Docket #35). The parties have agreed due to the Best Interest in this case that the unsecured creditors with timely filed Proofs of Claim shall be paid at least $7,000.00.

Debtors have further agreed to provide their 2026 Tax Return and each subsequent year's tax return for the pendency of this case to the trustee on or before April 15 of every year. The annual tax returns shall be submitted to the trustee using normal procedures for uploading tax returns. In the event the annual tax return provided shows an increase of more than 7% from the previous year, the trustee may file a Motion To Increase Payments based on increased income.

–1–

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to pay at least $7,000.00 to unsecured creditors with timely filed Proofs Of Claim, and Debtors shall provide their annual tax return for each year during the pendency of this case, and the trustee may file a Motion To Increase Payments should the annual income increase more than 7% from the previous year.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr.
Attorney For the Debtor(s)

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net

−2−