

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:

JARROD AND ASHLEY BREWER                    NO. 26-50645 KMS

### ORDER

This matter having come on for consideration upon the Motion to Set Aside this Court's previous Order terminating the automatic stay as to Keesler Federal Credit Union dated May 28, 2026, (DK#30) filed on behalf of Keesler Federal Credit Union (DK#37), and the Court being advised that the Debtors filed an Amended Plan on May 21, 2026 (DK#21) to pay Keesler its net balance as a 910 Claim, and the Court further finding that said prior Order should be set aside, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Court's previous Order of May 28, 2026 be, and the same hereby is, set aside.

### ###END OF ORDER###

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney for
Keesler Federal Credit Union

/S/THOMAS C. ROLLINS, JR.
Attorney for Debtors

/s/ Brian Wilson, Atty for
Attorney for Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029