United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 26-50645-KMS

Jarrod Grant Brewer                                                                       Chapter 13

Ashley Deann Brewer

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                        User: mssbad                                  Page 1 of 3

Date Rcvd: Jul 01, 2026                     Form ID: n031                                  Total Noticed: 46

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jarrod Grant Brewer, 166 Brewer Town Road, Richton, MS 39476-9732 |
| jdb | + | Ashley Deann Brewer, 166 Brewer Town Road, Richton, MS 39476-9732 |
| cr | + | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5661189 | + | Best Anesthesia, 7956 Vaughn Rd, Montgomery, AL 36116-6625 |
| 5661194 | + | Comprehensive Radiolog, PO BOX 3488, Tupelo, MS 38803-3488 |
| 5661197 | + | ENT Surgical Clinic, 203 S 12th Ave, Laurel, MS 39440-4324 |
| 5661196 | | Enhanced Wellness, 5698 Place Blvd, Hattiesburg, MS 39402 |
| 5661198 | + | Exac Care, 229 Interstate Dr, Crossville, TN 38555-2704 |
| 5661199 | | Forrest Health Physici, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5661201 | + | Frost-Arnett Co, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5661202 | + | Hattiesburg Medical, PO Box 14099, Belfast, ME 04915-4034 |
| 5661203 | | Highland Community Hos, 130 Highway Pkwy, Picayune, MS 39466 |
| 5661204 | + | Hubcare Pathology, 5052 W 4th St, Hattiesburg, MS 39402-1069 |
| 5661209 | + | Leaf River Dental, 138 Oakland Pkwy, Leesburg, GA 31763-7200 |
| 5661210 | + | Perry County Hospital, PO Box 1665, Richton, MS 39476-1665 |
| 5661212 | + | Professional Pathology, 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 5661213 | + | RH Emergency Medicine, PO Box 35128, Charlotte, NC 28235-5128 |
| 5667104 | + | Robert Alan Byrd, Esq., Byrd & Wiser, Counsel for Keesler Federal Credit Union, PO Box 1939, Biloxi, MS 39533-1939 |
| 5661214 | + | Southeast MS Rural Hea, 2603 Oak Grove Rd, Ste B, Hattiesburg, MS 39402-8928 |
| 5661215 | + | Southern Eye Center, 1420 S 28th Ave, Hattiesburg, MS 39402-3107 |
| 5661217 | | Sunbelt Federal Credit Union, Attn: Bankruptcy, 6885 US Hwy 49 #3, Hattiesburg, MS 39402 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5678587 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 01 2026 19:59:56 | AT & T Enterprise aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5661187 | + | Email/Text: sbridwell@arscollections.com | Jul 01 2026 19:54:00 | Advanced Recovery, Attn: Bankruptcy, 219 Katherine Drive, Flowood, MS 39232-9588 |
| 5661188 | + | Email/Text: bankruptcy@arserv.com | Jul 01 2026 19:53:00 | Armstrong & Associates, 208 Adams St, Mobile, AL 36603-6598 |
| 5661191 | + | Email/Text: BKPT@cfna.com | Jul 01 2026 19:53:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5670639 | | Email/Text: BKPT@cfna.com | Jul 01 2026 19:53:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5661190 | + | Email/Text: bankruptcy@celticbank.com | Jul 01 2026 19:54:00 | Celtic Bank Corp, 268 S State St, Ste 300, Salt Lake Cit, UT 84111-5314 |
| 5661192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2026 20:10:28 | Citi Card, Po Box 790040, St Louis, MO 63179-0040 |
| 5661193 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0538-6

User: mssbad

Page 2 of 3

Date Rcvd: Jul 01, 2026

Form ID: n031

Total Noticed: 46

| | | Jul 01 2026 20:26:32 | Citibank, Po Box 790040, St. Louis, MO 63179-0040 |
|---|---|---|---|
| 5688205 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2026 20:10:37 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5661195 | + Email/Text: bankruptcy@credencerm.com | Jul 01 2026 19:54:00 | Credence Resource, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5661200 | + Email/Text: bk@foxcollection.com | Jul 01 2026 19:53:00 | Fox Collection Center, 454 Moss Trail, Goodlettsvill, TN 37072-2029 |
| 5662849 | + Email/Text: pasi_bankruptcy@chs.net | Jul 01 2026 19:53:00 | HATTIESBURG HB MEDICAL SERVICES LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5661205 | + Email/Text: Bankruptcy@ICSystem.com | Jul 01 2026 19:53:00 | IC Systems, Inc, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 5681240 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 01 2026 19:54:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5661206 | + Email/Text: melissa.martin@kfcu.org | Jul 01 2026 19:53:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5661208 | Email/Text: bankruptcies@lead.bank | Jul 01 2026 19:53:00 | Lead Bank, 1801 Main St, Kansas City, MO 64108 |
| 5688218 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2026 19:59:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5662851 | + Email/Text: pasi_bankruptcy@chs.net | Jul 01 2026 19:53:00 | MISSISSIPPI HMA HOSPITALISTS LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5661211 | + Email/Text: pasi_bankruptcy@chs.net | Jul 01 2026 19:53:00 | Professional Account S, PO Box 68, Brentwood, TN 37024-0068 |
| 5661216 | + Email/Text: angiec@mysfsinc.com | Jul 01 2026 19:53:00 | Southern Financial Sys, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 5661218 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 01 2026 20:00:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5661219 | + Email/Text: accountservicing@trueaccord.com | Jul 01 2026 19:53:00 | Trueaccord C, Attn: Bankruptcy, 16011 College Blvd, Ste 130, Lenexa, KS 66219-9877 |
| 5661220 | + Email/Text: Bankruptcies@umc.edu | Jul 01 2026 19:54:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 5661221 | + Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Jul 01 2026 19:54:00 | Vanderbilt Mortgage, Attn: Bankruptcy, Po Box 9800, Maryville, TN 37802-9800 |
| 5674490 | + Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Jul 01 2026 19:54:00 | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Sunbelt Federal Credit Union |
| cr | *+ | Vanderbilt Mortgage and Finance, INC., PO BOX 9800, Maryville, TN 37802-9800 |
| 5661207 | *+ | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5667105 | *+ | Robert Alan Byrd, Esq., Byrd & Wiser, Counsel for Keesler Federal Credit Union, PO Box 1939, Biloxi, MS 39533-1939 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: n031 | Total Noticed: 46 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Derek A Henderson | on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jarrod Grant Brewer trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Ashley Deann Brewer trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−50645−KMS
**Chapter:** 13

**In re:**

Jarrod Grant Brewer
aka Jarrod G Brewer
166 Brewer Town Road
Richton, MS 39476

Ashley Deann Brewer
166 Brewer Town Road
Richton, MS 39476

Notice of Entry of Order Confirming Plan

The Court entered an Order on July 1, 2026 (Dkt. # 44 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 1, 2026

Danny L. Miller, Clerk of Court