United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                           Case No. 26-50645-KMS

Jarrod Grant Brewer                                                                    Chapter 13

Ashley Deann Brewer

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                    Page 1 of 2

Date Rcvd: Jul 06, 2026                   Form ID: pdf012                          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Jarrod Grant Brewer, Ashley Deann Brewer, 166 Brewer Town Road, Richton, MS 39476-9732

     + Black & Veatch Corporation, attn: Payroll Dept, 11401 Lamar Avenue, Leawood, KS 66211-1598

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Derek A Henderson | on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Ashley Deann Brewer trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

District/off: 0538-6                                  User: mssbad                                              Page 2 of 2

Date Rcvd: Jul 06, 2026                               Form ID: pdf012                                          Total Noticed: 2

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor Jarrod Grant Brewer trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

---



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                          BANKRUPTCY CASE NO.
JARROD GRANT BREWER                                            26-50645 KMS
ASHLEY DEANN BREWER
166 Brewer Town Road                                          SSN: XXX-XX-9051
Richton, MS  39476

### AMENDED ORDER TO EMPLOYER TO DEDUCT FROM WAGES

IT APPEARING to the Court that there is now pending a certain Chapter 13 proceeding in which the above named debtor subjected his earnings to the jurisdiction of the Court; the debtor's principal income is from wages, salary or commissions; and that the employer of the  debtor is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the debtor [with the employer being directed to pay all or part of such income to the Trustee. 11 U.S.C. §1325(c)]

IT FURTHER APPEARING that it is requisite to effectuate the provisions of the debtor's plan; that the employer is directed to pay a portion of the debtor's earnings into the Court for distribution to creditors, and that such employer is:

> BLACK & VEATCH CORPORATION
> attn: Payroll Dept
> 11401 LAMAR AVENUE
> LEAWOOD, KS  66211

IT IS ORDERED that until further notice of this Court, the above named employer is required to deduct from the debtor's earnings and pay over to :

> DAVID RAWLINGS, TRUSTEE
> P.O. BOX 85338
> CHICAGO, IL 60689-5338

the sum of $1,605.05 MONTHLY to be submitted to the above Trustee monthly.  Effective July, 2026.

IT IS FURTHER ORDERED that the employer shall hereafter cease to withhold from the wages of said employee any sums that would prevent the payment of the above plan payment to the Trustee,

except such sums as may be required to be withheld by State or Federal law for income taxes, FICA, employment security taxes, required state retirement, and social security contributions, insurance for medical, dental, and vision, and such sums as required by Court Order for alimony or child support unless such alimony or child support is provided for in the Chapter 13 Plan.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net