**Fill in this information to identify the case:**

Debtor 1 Jarrod Grant Brewer

Debtor 2 Ashley Deann Brewer
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi
(State)

Case number 26-50645

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Vanderbilt Mortgage and Finance, Inc.

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 9 2 2 9

**Date of payment change:** Must be at least 21 days after date of this notice: 11/01/2026

**New total payment:** Principal, interest, and escrow, if any: $ 739.71
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

**Current escrow payment:** $ 180.04 **New escrow payment:** $ 218.50

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate:** ______% **New interest rate:** ______%

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No
☐ Yes.

**Current HELOC payment:** $ ______

Reconciliation **amount:** + $ ______ or - $ ______

Debtor 1 Jarrod Grant Brewer
First Name Middle Name Last Name

Case number *(if known)* 26-50645

**Amount of next payment (including reconciliation amount)** $_______

**Amount of the new payment thereafter (without reconciliation amount)** $_______

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____________________

**Current mortgage payment:** $ ____________ **New mortgage payment:** $ ____________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ Lauren Leonhart
Signature

Date 10 / 5 2026

Print: Lauren Leonhart
First Name Middle Name Last Name

Title Bankruptcy Specialist

Company Vanderbilt Mortgage and Finance, Inc.

Address 500 Alcoa Trail
Number Street

Maryville TN 37804
City State ZIP Code

Contact phone (865) 380 – 3000

Email lauren.leonhart@vmf.com

Vanderbilt mortgage

PO Box 9800
Maryville, TN 37802

500 Alcoa Trail
Maryville, TN 37804

Vanderbilt Mortgage and Finance, Inc. DBA Vanderbilt Mortgage

## Escrow Account Disclosure Statement

At least once every 12 months, Vanderbilt Mortgage reviews the amount of taxes, insurance and Mortgage Insurance (if applicable), paid from your escrow account. The review, called Escrow Account Disclosure Statement, determines if the expense for any of the items included in the review has increased or decreased from the prior year. If there was an increase or decrease, your escrow payment will be adjusted. Vanderbilt Mortgage may review your escrow account more often as needed.

### Annual Escrow Analysis

Analysis Date: 9/3/2026
Print Date: 09/04/2026

JARROD G BREWER
166 BREWER TOWN RD

RICHTON, MS 39476

| | | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|---|
| PRINCIPAL / INTEREST | | $521.21 | $521.21 |
| BASE PAYMENT (Escrow) | (1) | $180.04 | $197.79 |
| CUSHION / SHORTAGE / DEFICIENCY | (2) | $.00 | $20.71 |
| ADVANCE REPAYMENT (Non-Escrow) | (3) | $.00 | $.00 |
| TOTAL MONTHLY PAYMENT | | $701.25 | $739.71 |

- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

NEW PAYMENT EFFECTIVE: 11/1/2026

## Projections for the Coming Year

THIS IS AN ESTIMATE OF ACTIVITY IN YOUR ESCROW ACCOUNT DURING THE COMING YEAR BASED ON PAYMENTS ANTICIPATED TO BE MADE FROM YOUR ACCOUNT. Accordingly, this estimate does not take into consideration the portion of your escrow payment, if any, for any Escrow Cushion / Shortage / Deficiency [(2) above] or any Repayment of Advance (Non-Escrow) [(3) above].

THIS IS A PROJECTION REFLECTING PAYMENTS LESS $ 142.42 IN ESCROW SHORTAGE WHILE YOU ARE UNDER BANKRUPTCY PROTECTION.

| MONTH/YR | PAYMENTS TO ESCROW ACCT | PAYMENTS FROM ESCROW ACCT | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| Sep 26 | | | Starting Balance | $213.00- | $35.50 |
| Sep 26 | $180.04 | | | $32.96- | $215.54 |
| Oct 26 | $180.04 | | | $147.08 | $395.58 |
| Nov 26 | $197.79 | | | $344.87 | $593.37 |
| Dec 26 | $197.79 | | | $542.66 | $791.16 |
| Jan 27 | $197.79 | $460.48 | REAL PROPERTY COUNTY TAX | $279.97 | $528.47 |
| Feb 27 | $197.79 | | | $477.76 | $726.26 |
| Mar 27 | $197.79 | | | $675.55 | $924.05 |
| Apr 27 | $197.79 | | | $873.34 | $1,121.84 |
| May 27 | $197.79 | | | $1,071.13 | $1,319.63 |
| Jun 27 | $197.79 | | | $1,268.92 | $1,517.42 |
| Jul 27 | $197.79 | | | $1,466.71 | $1,715.21 |
| Aug 27 | $197.79 | $1,913.00 | PHYSICAL DAMAGE INSURANCE | (a) $248.50- | (b) $.00 |
| Sep 27 | $197.79 | | | $50.71- | $197.79 |
| Oct 27 | $197.79 | | | $147.08 | $395.58 |
| TOTALS: | $2,733.56 | $2,373.48 | | | |

## Determining Your Escrow Surplus or Shortage / Deficiency

| | | |
|---|---|---|
| PROJECTED LOW-POINT: | (a) | $248.50- |
| REQUIRED LOW-POINT: | (b) | $.00 |

*TOTAL ESCROW SURPLUS OR SHORTAGE / DEFICIENCY (-): $248.50-
*You may pay the deficiency amount to keep the escrow payment at the new base payment.

If your Projected Low-Point (a) is:

- Greater than your Required Low-Point (b), you have a surplus. We will mail you a check for the lessor of the surplus or your Starting Projected Balance. If surplus is less than $50, we are keeping it to lower your escrow payment. Some states may have different requirements for handling this surplus. If so, you will be notified of options in a separate letter.
- Less than your Required Low-Point (b), you have a shortage or deficiency (or both). This will be collected from you over a period of 12 or more months.
- Equal to your Required Low-Point (b), you have neither a surplus nor a shortage or deficiency (or both).



**The following notices are required by Federal law:** 1. This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose. 2. To the extent your original obligation was discharged, or subject to an automatic stay under the bankruptcy code, this statement is for informational purposes only and is not an attempt to collect a debt or impose personal liability for a debt.

Analysis Date: 9/3/2026
Annual Escrow Analysis

## Escrow Account Disclosure Statement



## Account History

Please note the increases/decreases that may have occurred from the prior statement. This may or may not have impacted the Surplus or Shortage / Deficiency in this analysis reflected on the front side of this statement.

| ITEM | ACTUAL | PROJECTED PAYMENTS (Last Statement) | INCREASE / DECREASE |
|---|---|---|---|
| PHYSICAL DAMAGE INSURANCE | 1,913.00 | 1,700.00 | 213.00 |
| PROPERTY TAX | 460.48 | 339.52 | 120.96 |

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM November 1 , 2025 THROUGH October 31 , 2026
THIS SECTION PROVIDES LAST YEAR'S PROJECTIONS AND COMPARES IT WITH ACTUAL ACTIVITY.

Your most recent mortgage payment during the past year was $701.25 of which $521.21 was for principal and interest, $.00 was for advances, and $180.04 went into to your escrow account.

| MONTH/YR | ACTUAL PAYMENTS TO ESCROW ACCOUNT | PROJECTED PAYMENTS TO ESCROW ACCOUNT | ACTUAL PAYMENTS FROM ESCROW ACCOUNT | PROJECTED PAYMENTS FROM ESCROW ACCOUNT | DESCRIPTION | ACTUAL ESCROW ACCOUNT BALANCE | PROJECTED ESCROW ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | $1,458.27 | $241.73- |
| Sep 25 | $185.98 | $185.98 | | | | * $1,644.25 | $55.75- |
| Sep 25 | | | $1,700.00 | | PHYSICAL DAMAGE INSURANCE | $55.75- | $55.75- |
| Oct 25 | $185.98 | $185.98 | | | | $130.23 | $130.23 |
| Nov 25 | $190.10 | $169.96 | | | | * $320.33 | $300.19 |
| Nov 25 | | | $460.48 | | Property Tax | * $140.15- | $300.19 |
| Dec 25 | $190.10 | $169.96 | | $339.52 | REAL PROPERTY COUNTY TAX | * $49.95 | $130.63 |
| Dec 25 | $190.10 | | | | | * $240.05 | $130.63 |
| Jan 26 | | $169.96 | | | | * $240.05 | $300.59 |
| Feb 26 | $190.10 | $169.96 | | | | * $430.15 | $470.55 |
| Mar 26 | $190.10 | $169.96 | | | | * $620.25 | $640.51 |
| Apr 26 | $190.10 | $169.96 | | | | $810.35 | $810.47 |
| May 26 | $190.10 | $169.96 | | | | * $1,000.45 | $980.43 |
| Jun 26 | $190.10 | $169.96 | | | | * $1,190.55 | $1,150.39 |
| Jul 26 | $180.04 | $169.96 | | | | * $1,370.59 | $1,320.35 |
| Aug 26 | $180.04 | $169.96 | | $1,700.00 | PHYSICAL DAMAGE INSURANCE | * $1,550.63 | $209.69- |
| Aug 26 | $6.95 | | | | | * $1,557.58 | $209.69- |
| Sep 26 | | $169.96 | | | | * $1,557.58 | $39.73- |
| Sep 26 | | | $1,913.00 | | PHYSICAL DAMAGE INSURANCE | * $355.42- | $39.73- |
| Oct 26 | | $169.96 | | | | * $355.42- | $130.23 |
| TOTALS: | $2,259.79 | $2,411.48 | $4,073.48 | $2,039.52 | | | |

An asterisk (*) indicates a difference in your actual escrow account balance from the previous projection either in the date or amount. Differences of $2.00 or less are not marked with an asterisk.

N/A means no projection is available.

Last year, we anticipated that payments from your account would be made during this period equaling $2,039.52 Under Federal law, your lowest required balance should not have exceeded $339.92 or 1/6 of anticipated payments from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue. If there is an asterisk (*) above in your Account History, this may explain why such lowest required balance was exceeded, if applicable. If you want a further explanation, please call our toll free number **1-800-970-7250**.

Vanderbilt Mortgage and Finance, Inc.
PO Box 9800
Maryville, TN 37802

500 Alcoa Trail
Maryville, TN 37804

RETURN SERVICE REQUESTED

October 5, 2026

# CERTIFICATE OF SERVICE

I, Lauren Leonhart, of Vanderbilt Mortgage and Finance, Inc., do hereby certify that I have this date provided a copy of the foregoing Notice of Mortgage Payment Change either by electronic case filing or by United States mail postage pre-paid to the following:

**Jarrod Grant Brewer**
**Ashley Deann Brewer**
166 Brewer Town Road
Richton, MS 39476
Notified by US Mail

**Thomas Carl Rollins, Jr**
Attorney for the Debtor
Notified by Electronic Case Filing

**David Rawlings**
Chapter 13 Trustee
Notified by Electronic Case Filing

Lauren Leonhart
/s/ Lauren Leonhart